**FILED**
CLERK'S OFFICE

UNITED STATES BANKRUPTCY COURT BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA NORTHERN DISTRICT
ATLANTA DIVISION OF GEORGIA

M. REGINA THOMAS.
CLERK

OCT 30 2009 PM2:56

BY: _____
DEPUTY CLERK

**FILED**
IN CLERK'S OI
BANKRUPTC'
NORTHERN DIS
OF GEORGI

M. REGINA THO
CLERK

OCT 30 2009 PM2:56

BY: _____
DEPUTY CL

|  |  |  |
|---|---|---|
| GLENN R FAVRE pro se | ) | |
| Claimant, | ) | |
| | ) | |
| v | ) | Chapter 7 |
| | ) | Case No. 08-ca-85264-mhm |
| Franklin Biggins and | ) | |
| Veronica Biggins | ) | |
| | ) | Affiliated adversarial cases |
| Ray Martin | ) | 09-ad-0970  09-9070 |
| John Macklin and the Macklin | ) | 09-ad-9071 |
| Family Trust, | ) | |
| GEORGE LEE LESESNEE | ) | 09-ad-9073, |
| Kenneth Krell | ) | 09-ad-9074 |

In re: Glenn Favre pro se:
Debtors.

## DEBTORS' REQUEST FOR AN EMERGENCY HEARING ON MOTIONS FOR CONSOLIDATION OF AFFILIATED ADVERSARIAL CASE(S) TO ALLOW A SUMMARY JUDGMENT FOR SAME

TO THE HONORABLE MARGARET MURPHY, UNITED STATES BANKRUPTCY JUDGE:

The above-captioned debtor, as debtor and adversary claimant (the "Debtor"), file

this motion (the "Motion") respectfully asking the Court to schedule an emergency

hearing to consider the Debtors' motions for a Summary Judgment based on the newly

discovered information shown here with in. In support of the Motion, the Debtors

respectfully state as follows:

**DUPLICATE**

## Jurisdiction

1.     The United States Bankruptcy Court for the Northern District of Georgia has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The Debtor in this chapter 7 case is: Glenn R Favre.

3.     This Motion is filed and the relief requested herein is pursuant to **BLR 1015-1. Related Title 11 Cases Definitions** the Local Bankruptcy Rules and Forms of the United States Bankruptcy Court for the Northern District of Georgia (the "Local Bankruptcy Rules") and 11 USC § 524(a)(3)

## Background

4.     The Debtors' principal asset is Top to Bottom Renovations, LLC (here in referred to as "T2B") a renovation company located in Decatur, Georgia.

5.     Judge Franklin Biggins (here in referred to as "Judge Biggins") is the Magistrate Judge in Fulton County.

6.     Judge Biggins contracted repairs on his primary residence with T2B. It was not disclosed to the debtor as to whom Judge Biggins is.

7.     Judge Biggins and Veronica Biggins, Esq. ("Mrs. Biggins", herein collectively referred to as "the Biggins") breached the contract with T2B and filed a frivols law suite 07MS073882 for $1,000.00 against that of the Debtor individually and T2B in October 2007, based on false statements made by Mrs. Biggins, in reference to the contract and that of the invoice.

8.     The Biggins failed to serve the summons of said suite to Debtor or that of T2B.

9.     Judge Biggins presided over three of the cases that the Debtor and or that of T2B were parties too.

10.     Judge Biggins, knowing he had a conflict of interest, ruled in favor of John Macklin and the Macklin Family Trust in 2008, civil case 08MS084709 (failure to pay final invoice) Glenn Favre v John Macklin and the Macklin Family Trust. Debtor did not

appear because no service was ever served.

11.   Debtor realizing the hearing should have taken place, inquired with the local clerk at the Magistrates office to find out that it had already been heard.

12.   08vs149495J for Top to Bottom Renovations, LLC v John Macklin and the Macklin Family Trust is still pending.

13.   Debtor Objected, only to have Judge Biggins presiding over the case again and did recues himself, but not before Judge Biggins had his Bailiff serve Debtor with the summons to 07MS073882 prior the calling of the calendar.

14.   Again two weeks later Judge Biggins calendared the hearing of T2B v. Ray Martin civil case number 08MS090163 although he again had to recues himself.

15.   Judge Biggins, in civil case number 07MS073882 Veronica Biggins v. Glenn Favre individually and Top to Bottom Renovations, LLC ruled in favor of Mrs. Biggins and awarded her default judgment of $1800.00. The Debtor neither was unaware of the hearing nor was his attorney Jeff Mueller.

16.   The Biggins are neighbors of Kenneth Krell, who is proper party to these proceedings, was told of the breach of contract and efforts of Judge Biggins to hinder the hearing between Glenn Favre and Top to Bottom Renovations, LLC v Kenneth Krell, civil case 08EV005111J who told George Lee Lesesnee also in civil case 2009CV168861 that the Debtor would over charge him based off of the statements of Judge Biggins.

17.   As successful as the Debtors' operations had been, prior to the Judicial Misconduct by Judge Biggins interference with the Debtors due process, still over two and a half years since the first filing of a law suite, none have been able to be brought before a court of Law and have the cases heard.

18.   The facts and circumstances supporting this Motion are further set forth in the Complaint of Judicial Misconduct filed with the review board.

## Relief Requested

19.   By this Motion, the Debtors request an emergency hearing, pursuant to Local Bankruptcy Rule 9013-2(e), to consider the Debtors' Motion Summary Judgment earlier than five business days after the last adversarial summons has been issued.

**DUPLICATE**

20.    Specifically, in addition to this Motion, the Debtors filed the following adversarial

case on the Petition Date: 10/29/2009 of Favre v. Judge Biggins.

WHEREFORE, Counter-Plaintiff Glenn R. Favre requests this Court enter A

SUMMARY JUDGMENT in Debtor's favor on it claim for **JUDICIAL**

**MISCONDUCT, NEGLIGENT MISREPRESENTATION, FRAUD, WILLFUL**

**VIOLATION OF 11 USC § 362(A)** award damages in an amount of **$112,000,000.00**

further asks that this Court award Favre all of his costs and any further relief which this

Court deems just and proper and forwards the complaint(s) to the appropriate State and

Federal Authorities for Criminal Prosecution.

Respectfully Submitted                                    Glenn R Favre

October 29, 2009


110 South Columbia Drive #11
Decatur GA, 30030
404-373-1137

Judicial Council of the ___11th___ Circuit

## COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

To begin the complaint process, complete this form and prepare the brief statement of facts described in item 5 (below). The RULES FOR JUDICIAL-CONDUCT AND JUDICIAL-DISABILITY PROCEEDINGS, adopted by the Judicial Conference of the United States, contain information on what to include in a complaint (Rule 6), where to file a complaint (Rule 7), and other important matters. The rules are available in federal court clerks' offices, on individual federal courts' Web sites, and on www.uscourts.gov.

Your complaint (this form and the statement of facts) should be typewritten and must be legible. For the number of copies to file, consult the local rules or clerk's office of the court in which your complaint is required to be filed. Enclose each copy of the complaint in an envelope marked "COMPLAINT OF MISCONDUCT" or "COMPLAINT OF DISABILITY" and submit it to the appropriate clerk of court. **Do not put the name of any judge on the envelope.**

1. Name of Complainant: Glenn R Favre/Top to Bottom Renovations, LLC

   Contact Address: 110 South Columbia Drive #11

   Decatur, Georgia 30030

   Daytime telephone: (404 ) 3731137

2. Name(s) of Judge(s): Franklin Biggins

   Court: Magistrates Court of Fulton County

3. Does this complaint concern the behavior of the judge(s) in a particular lawsuit or lawsuits?

   [x] Yes         [  ] No

   If "yes," give the following information about each lawsuit:

   Court: Magistrates Court of Fulton County

   Case Number: 08vs149495J - 07ms073882-

   Docket number of any appeal to the ____ Circuit: _____

   Are (were) you a party or lawyer in the lawsuit?

   [x] Party      [  ] Lawyer      [  ] Neither

Page 1 of 2

If you are (were) a party and have (had) a lawyer, give the lawyer's name, address, and telephone number:

**Jeff Mueller**

**3355 Lenox Rd. Suite 600**

**Atlanta, Georgia 30326**

4.  Have you filed any lawsuits against the judge?

   **X** ] Yes          [   ] No

If "yes," give the following information about each such lawsuit:

Court:          US BANKRUPTCY COURT OF NORTHERN GOERGIA

Case Number:    **08-CA-85264-MHM**

Present status of lawsuit:

Name, address, and telephone number of your lawyer for the lawsuit against the judge:

**GLENN R FAVRE PRO SE**

**110 South Columbia Drive #11**

**Decatur Georgia 30030 404=373-1137**

Court to which any appeal has been taken in the lawsuit against the judge:

US BANKRUPTCY COURT NOTHERN DISTRICT OF GEORGIA

Docket number of the appeal: _____

Present status of the appeal: _____

5.  **Brief Statement of Facts.** Attach a brief statement of the specific facts on which the claim of judicial misconduct or disability is based. Include what happened, when and where it happened, and any information that would help an investigator check the facts. If the complaint alleges judicial disability, also include any additional facts that form the basis of that allegation. Judge Biggins was presiding over the above case, had his bailiff serve me with a subpoena for a law suite from him prior to hearing the case. He recuesed himself so I was not able to have the case heard, only to have Judge Biggins preside over another Small Claims case knowing that their would and is a confict of interest

6.  **Declaration and signature:** Neither of these cases have been rescheduled and it has been over a year since the filing.

Do to Judge Biggins actions, I have had to subsequently file personnel BK7, since the cases being heard were for my company and I have personally guaranteed the debt.

I declare under penalty of perjury that the statements made in this complaint are true and correct to the best of my knowledge.

(Signature)                                      (Date) **10/27/2009**

       Glenn R Favre .

Page 2 of 2

# MAGISTRATE COURT OF FULTON COUNTY

185 Central Ave., S. W., Suite TG700, Atlanta, GA 30303

**DO NOT WRITE IN THIS SPACE**

*FILED IN OFFICE*

07 AUG -8 PM

**SECOND ORIGINAL**

MARK HARPER
CLERK/STATE COURT OF
FULTON COUNTY, GEORGIA

J. VERONICA BIGGINS + FRANKLIN BIGGINS
138 PEACHTREE CIR
ATLANTA, GA 30309
Plaintiff: Name, Street Address, City/State, Zip Code
Telephone Number: ( 404 ) 892 9888

versus

TOP TO BOTTOM RENOVATIONS INC
SEC OF STATE, 400 NORTHRIDGE #590
ATLANTA GA
GLENN FAURE 1105, COLUMBIA 4 DR #11
Defendant: Name, Street Address, City/State, Zip Code
DECATUR GA

Plaintiff's Attorney: Name/Address/Zip Code/Phone No.

*(stamp)* RECEIVED FULTON COUNTY MARSHAL'S DEPARTMENT 2007 SEP 31 AM 11: 32

## STATEMENT OF CLAIM

**Type of Suit:**  ☐ Account   ☐ Contract   ☐ Note   ☐ Tort   ☐ Trover   ☐ Personal Injury

1. Defendant named resides in Fulton County and is subject to the jurisdiction of this Court.
2. Defendant is indebted to Plaintiff in the sums of $ _____, principal, $ _____, interest, _____ attorney fees and $ _____ costs to date as follows:
   *(State your claim here)* ___ SEE ATTACHED COMPLAINT _____
   _____
   _____

3. WHEREFORE, Plaintiff demands judgment against Defendant in the amounts as alleged in paragraph 2 herein.

STATE OF GEORGIA, FULTON COUNTY:

   After being duly sworn on oath, says the foregoing is a just and true statement of the amounts owing by Defendant to Plaintiff, exclusive of all setoffs and just grounds of defense.

Sworn to and subscribed before me, this 07

august 8 2007

J. Brown

Plaintiff's Signature

Deputy Clerk or Notary Public

## SUMMONS

### TO THE ABOVE-NAMED DEFENDANT:

   You are hereby required to file with the Clerk of said Court and to serve a copy on Plaintiff or Plaintiff's Attorney, an answer to the complaint which is herewith served on you, within thirty (30) days after service on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action.

   Your answer may be filed in writing or may be given orally (in person) to the Court. If you mail in your answer it must be notarized. Upon receipt of your answer a hearing date will be set and you will be notified by mail. At said hearing, bring your witnesses, books, receipts or other writings bearing on your claim or defense. Failure to appear at the time of hearing my result in judgment being entered against you.

SERVED: January 12 2009    J. Brown    Deputy Clerk

Ashley # 475
Deputy Marshal

*You may file an answer at one of these locations:*
185 Central Avenue, S.W., Room TG700
North Annex: 7741 Roswell Road, Room 231
South Annex: 5600 Stonewall-Tell Road, Room 213

14-158-1199

MAGISTRATE COURT OF FULTON COUNTY
STATE OF GEORGIA

Top to Bottom Renovations, LLC
and Glenn Favre,
     Plaintiff,                                    CIVIL ACTION

v.
John Macklin and John Macklin Family Trust,       CASE NO. 08MS084709
     Defendant.

## PLEA OF STAY IN BANKRUPTCY

COMES NOW THE PLAINTIFF Glenn Favre, by counsel, and files this "Plea of Stay in Bankruptcy," and shows to the Court as follows:

1.

Plaintiff Glenn Favre filed a Chapter 7 Bankruptcy Petition in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division, on December 9, 2008, same being Case No. A08-85264-MHM.

2.

The within Civil Action No. 08MS084709, is stayed pursuant to the provisions of 11 U.S.C. Section 362 pending further order of the United States Bankruptcy Court.

**PLEASE NOTE: This notice is provided solely to inform this Court of the pending bankruptcy case and is not intended as an appearance in the instant action by the undersigned counsel.**

Respectfully submitted,

By: _____

Angela Little Hamilton, GBN 454087
Attorney for the Debtor(s)

A. L. Hamilton & Associates, LLC
543 E. Lanier Avenue
Fayetteville, GA 30214
(770) 716-0140

## CERTIFICATE OF SERVICE

I certify that I have this date served the following parties with a copy of the within and

foregoing Pleading by placing a true copy of same in the United States Mail with adequate

postage affixed to insure delivery, addressed to:

S. Gregory Hays, Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 200
3343 Peachtree Road, NE
Atlanta, GA  30326-1420

John Macklin & John Macklin Family Trust
c/o Lefkoff, Duncan, Grimes, Miller & McSwain, P.C.
Suite 806, Eleven Piedmont Center
3495 Piedmont Road, N.E.
Atlanta, GA  30305

Glenn Favre
110 S. Columbia Drive
#11
Decatur, GA  30030

This 14th day of January, 2009.

Angela Little Hamilton, GBN 454087
Attorney for the Debtor(s)

A. L. Hamilton & Associates, LLC
543 E. Lanier Avenue
Fayetteville, GA 30214
(770) 716-0140

IN THE MAGISTRATE COURT OF FULTON COUNTY
STATE OF GEORGIA

GLENN FAVRE,                          )
                                      )
        Plaintiff,                    )
                                      )        Civil Action File No.
vs.                                   )
                                      )        08 MS 084709
JOHN MACKLIN FAMILY TRUST             )
                                      )
        Defendant.                    )

## SUGGESTION OF BANKRUPTCY OF PLAINTIFF

COMES NOW, Defendant JOHN MACKLIN FAMILY TRUST, and files this its Suggestion of Bankruptcy of Plaintiff Glenn Favre, and respectfully shows the Court that on December 9, 2008, Plaintiff Glenn Favre filed a petition for relief under Title 7 United States Code, in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division, which has been assigned case number 08-85264-mhm (copy attached hereto and incorporated herein as "Exhibit A") (hereinafter referred to as the "Plaintiff's Bankruptcy Action").

It is the understanding of the undersigned that by operation of Title U.S.C. 11 U.S.C. §362(a), the continuation of all actions against Plaintiff Glenn Favre and his property (including the above-captioned action) is automatically stayed until further order of the U.S. Bankruptcy Court.

The judge assigned to the Plaintiff's Bankruptcy Action is the Honorable Margaret Murphy, and the Chapter 7 Trustee is S. Gregory Hays, Hays Financial Consulting, LLC, Suite 200, 3343 Peachtree Road, NE, Atlanta, GA 30326-1420, (404) 926-0060. Plaintiff Glenn Favre's bankruptcy attorney is Angela Little Hamilton, A.L. Hamilton & Associates, LLC, 543 E. Lanier Avenue, Fayetteville, Georgia 30214, each of whom have been served with copies.



**MAGISTRATE COURT OF FULTON COUNTY**
SMALL CLAIMS ROOM TG700
160 Pryor Street, S.W.
ATLANTA, GA 30303
404-730-6045

404 613 5045

NOTICE OF TRIAL:     Your case has been scheduled for hearing on
                     12-JAN-2009 AT 01:30:00 PM IN COURTROOM 2N

LOCATION:            MAGISTRATE COURT OF FULTON COUNTY
                     160 Pryor Street, S.W.
                     Atlanta, GA  30303


GLENN FAVRE
110 E. COLUMBIS DR # 11
DECATUR, GA 30030


FAVRE, GLENN VS JOHN MACKLIN FAMILY TRUST
08MS084709

The court encourages you to make an earnest effort to settle your disputes. Mediation
services are available for you prior to and on the date of your schedule hearing.
Mediation is a confidential and informal dispute resolution process in which a neutral
third person, a mediator, facilitates settlement discussions between the disputing parties.
Unlike a judge in a trial, the mediator does not impose a decision upon the parties but
rather allows parties to explore their concerns, identify areas that must be breached in
order to reach resolution and creatively explore a variety of ways to resolve the dispute to
their satisfaction. If on the date of the hearing you are referred to mediation and it does
not result in full resolution, your case will be heard by the judge as scheduled.

NOTE: If all parties in this case are interested in scheduling a mediation session prior to
the scheduled hearing date, contact you the Justice Center of Atlanta, Inc. at (404) 523-
8236 as soon as possible so that mediation can be immediately arranged.

If you are able to settle the matter at the Justice Center, they will mail a duplicate original
of your agreement to the Court where it will be filed. It will not be necessary for you to
appear on the scheduled trial date. Copies of answers filed in this action are mailed with
this notice to plaintiff(s) or plaintiff's attorney(s). If you are not able to settle this matter
at the Justice Center, you are to appear in Court as scheduled, and your case will be heard
by a Judge. I certify that I have sent a copy of this notice and any required answer(s)
with adequate postage affixed thereto deposited in the U.S. mail

23-DEC-2008

Schlethia Harrison

Clerk, Magistrate Court of Fulton County

IN THE MAGISTRATE COURT OF FULTON COUNTY

STATE OF GEORGIA

HP Officejet 6210
Personal Printer/Fax/Copier/Scanner

Glenn Favre _____

**PLAINTIFF**

EMC Search, LLC
404-373-1137
Oct 27 2009 9:57AM

§
§

versus

§
§

Civil Action # 08MS084709

§

Jeff Macklin Family _____

**DEFENDANT**

§

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Oct 27 | 9:50AM | Fax Sent | 12026262... | 6:56 | 17 | OK |

**ORDER AND JUDGMENT**

The above-styled case came on regularly for trial before the Magistrate Court.

[ ] PLAINTIFF      [✓] DEFENDANT      APPEARED PRO SE.

[✓] PLAINTIFF      [ ] DEFENDANT      FAILED TO APPEAR.

[ ] PLAINTIFF      [ ] DEFENDANT      APPEARED REPRESENTED BY COUNSEL.

The Court after considering the evidence presented and the applicable law finds as follows:

**COMPLAINT:**

_____ For the Plaintiff and against the Defendant in the amount of $ _____ principal,
$ _____ interest, $ _____ attorney fees, plus cost of this action.

_____ For the Defendant and against the Plaintiff. Plaintiff failed to prove claim.

**COUNTERCLAIM:**

_____ For the Plaintiff on Defendant's counterclaim.

_____ For the Defendant on the counterclaim in the amount of
$ _____ principal, $ _____ interest and $ _____ attorney fees.

Counterclaim voluntarily withdrawn.

**DISMISSAL:**

The Court ORDERS that this case be DISMISSED   [ ] WITH PREJUDICE   [✓] WITHOUT PREJUDICE    DWOP

by reason of:   ✓   Plaintiff failed to appear. Defendant appeared at / 30 AM/PM.

_____ Neither party appeared by _____ AM/PM.

_____ Settled before trial.

_____ Other: _____

So ORDERED, this 25 day of Sept , 20 08

[ ] TRIAL JUDGMENT

[ ] DEFAULT JUDGMENT                    JUDGE _____

FILED IN OFFICE
2008 SEP 25 PM 4:09
MARK HARWELL
CLERK/STATE COURT OF
FULTON COUNTY, GEORGIA

14-284-800

IN THE MAGISTRATE COURT OF FULTON COUNTY IN
STATE OF GEORGIA

**DUPLICATE**

07 AUG -8

MARK HARPER
CLERK/STATE COURT OF
FULTON COUNTY GEORGIA

J. Veronica Biggins and

Franklin N. Biggins

  Plaintiffs

v.

*07MS073882*

Glenn Favre, individually and

Top to Bottom Renovations, LLC

  Defendants

## COMPLAINT

COMES NOW the Plaintiffs and show the Court as follows:

1.

Defendant Top to Bottom Renovations, LLC is a duly registered Georgia corporation that is subject to the jurisdiction and venue of this Court, whose registered agent and address is Secretary of State, 400 Northridge Road, #590, Atlanta, Georgia 30350.

2.

Defendant Glenn Favre is subject to the jurisdiction and venue of this Court and can be served at 110 S. Columbia Drive, #11, Decatur, GA 30030.

3.

The parties entered a contract on or about 9 April, 2007 concerning repairs to certain real property owned by the Plaintiffs. A copy of said contract is attached hereto as exhibit "A".

4.

The contract, which was prepared by the Defendants, provides, in part, that the Defendants would preform certain wood work repair work commencing on 16 April, 2007 and concluding on or before 2 May, 2007, and that any additional work not visible was subject to a separate contract.

5.

In consideration the Plaintiffs provided $3943.84 pursuant to article 4 of the contract which provided for "...33% of the Labor quote...along with the entire amount of the estimated

07MS073882

material quoted amount."

6.

The Contract further identified and itemized said materials as  glass for the stain glass, materials for the shower and the estimated cost of wood trim at a price of $1812.00.

7.

Prior to the completion of any of the repair work, on or about  18 April, 2007 the contract was terminated because it was revealed that necessary work which was not visible exceeded the scope of the contract and would be subject to a new contract.

8.

At the termination of the contract the Defendants neither left the building materials outlined above or refunded the cost of said materials.

9.

On 1 May, 2007 the Defendants first sent the Plaintiffs an invoice for an additional balance of  $602.16 but after communications with the Plaintiffs reduce said claim to show a balance due the Plaintiffs in the amount of $98.84.   Neither invoice accounted for the building materials.  A copy of said invoices attached hereto as exhibits "B" and "C".

10.

The Defendants have engaged in fraudulent and unfair business practices with regard to its initial estimate for repairs and its representations of its ability to identify and perform necessary repair work on the Plaintiffs' property.

WHEREFORE, the Plaintiffs seek damages in the amount proven at trial being not less that $1812.00 and such other damages as this Court shall deem just and proper, not to exceed $15,000.00.

This 31 day of July, 2007

J. Veronica Biggins, Pro Se

Franklin N. Biggins, Pro Se

08MS090163 | TOP TO BOTTOM VS MARTIN,RAY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 19-JUN-2009 | 17:46:08 | TNOTE | NOTE | WILLIAM J MUELLER | CT | NO | |
| 11-JUN-2009 | 07:57:14 | TNOAP | NOTICE OF APPEARANCE | | C/L | NO | |
| 09-MAR-2009 | 11:07:38 | TRSET | CASE RESET TO- SEE NO | | CONF | NO | |
| 16-FEB-2009 | 10:07:44 | TNOTE | NOTE | | CASE | NO | |
| 04-FEB-2009 | 12:35:01 | TNOTE | NOTE | | MAIL | NO | |
| 03-FEB-2009 | 12:32:29 | TANSC | ANS AND COUNTERCLAIN | | c/l | NO | |
| 05-JAN-2009 | 09:43:08 | TPS | PERSONAL SERVICE BY M | RAY MARTIN | #433// | NO | |
| 16-DEC-2008 | 13:56:23 | TSPAY | PAYMENT RECEIVED | | A | NO | |
| 12-DEC-2008 | 13:56:04 | TMS1 | MAGISTRATE SUIT - 1 SV | | | NO | |



06MS090163     TOP TO BOTTOM VS MARTIN,RAY

| TNOAP | 11-JUN-2009 | 07:57:14 | | |
|---|---|---|---|---|
| NOTICE OF APPEARANCE | | | | |

| TRSET | 09-MAR-2009 | 11:07:38 | | |
|---|---|---|---|---|
| CASE RESET TO- SEE NOTE | | | | |

| TNOTE | 16-FEB-2009 | 10:07:44 | | |
|---|---|---|---|---|
| NOTE | | | | |

**Docket Text**

CONFLICT WITH JUDGE BIGGINS ASSIGN TRIAL OTHER THAN BIGGINS SITTING...STH

Case 1:08-cv-03078-JNL Doc 5 Filed 10/30/08 Entered 11/03/08 14:53:11 Desc Main Document Page 17 of 48

Case ID: 08VS149195    TOP TO BOTTOM RENOVATIONS VS MACKLIN, JOHN & ETAL

| Seq Num | Assoc With | Party Type | Party ID | Security Level | Name | Address Type | Address Seq | End Date |
|---|---|---|---|---|---|---|---|---|
| 1 | | JUD | JJ | 1 | DIANE E. BESSEN | BU | 1 | |
| 2 | 3 | PLTF | TTBRLLC | 1 | TOP TO BOTTOM RENO | | | |
| 3 | 2 | PATY | WCOLLINS | 1 | JR W ANTHONY COLLI | RE | 1 | |
| 4 | 6 | DFT | @2151343 | 1 | JOHN MACKLINI | RE | 1 | |
| 5 | 7 | DFT | @2151344 | 1 | JOHN H. MACKLIN FAM | RE | 1 | |
| 6 | 4 | DATY | GA312200 | 1 | Mr. JOHN R. GRIMES | BU | 1 | |
| 7 | 5 | DATY | GA312200 | 1 | Mr. JOHN R. GRIMES | BU | 1 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Jail/Defendant Status**

Jail Status: \_\_\_\_ Date: _____ Time: _____ Booking No: _____ Cell No: _____

Defendant Status: _____ Bond/Warr Status: _____ Status Date: _____

Case 08-10367-mhm   Doc 5   Filed 10/30/09   Entered 11/02/09 14:52:12   Desc Main
Document     Page 18 of 48



Case ID: 08MS084709   FAVRE, GLENN VS JOHN MACKLIN FAMILY TRUST

| Filing Date | Time | Code | Docket Description | Filing Party | Text | Jmt | Image |
|---|---|---|---|---|---|---|---|
| 04-JUN-2009 | 16:11:20 | TNOAP | NOTICE OF APPEARANCE | | C/L | NO | |
| 27-MAR-2009 | 15:40:00 | TLOA | LEAVE OF ABSENCE | Mr. JOHN R. GRIMES | 4-6-10 | NO | |
| 26-JAN-2009 | 13:37:04 | TNOTE | NOTE | | NOTIC | NO | |
| 20-JAN-2009 | 09:37:57 | TNOBK | NOTICE OF BANKRUPTCY | | /MI | NO | |
| 12-JAN-2009 | 15:29:21 | TNOBK | NOTICE OF BANKRUPTCY | | /MI | NO | |
| 12-JAN-2009 | 12:23:30 | TRSET | CASE RESET TO- SEE NOT | | NEED | NO | |
| 12-JAN-2009 | 12:00:00 | TNOAP | NOTICE OF APPEARANCE | | C/L | NO | |
| 12-JAN-2009 | 09:03:59 | TNOBK | NOTICE OF BANKRUPTCY | GLENN FAVRE | C/L | NO | |
| 23-DEC-2008 | 12:41:47 | TNOH | NOTICE OF HEARING MAIL | | Docke | NO | |
| 23-DEC-2008 | 12:16:36 | TNOTE | NOTE | | CASE | NO | |

**Causing and Resulting Associated Dockets**

| Resultant /Caused | Filing Date | Time | Code | Docket Description | Filing Party | Text | Jmt |
|---|---|---|---|---|---|---|---|
| ○ ○ | | | | | | | |
| ○ ○ | | | | | | | |
| ○ ○ | | | | | | | |

2008EV005111 J



ID: WCOLLINS    JR W ANTHONY COLLINS

Code: RE    Address: 1827 POWERS FERRY RD 7-350    Inactive:
Seq: 1    From Date: 02-SEP-2008
Source:    To Date:
ATLANTA    GA    30339

Code:    Address:    Inactive:
Seq:    From Date:
Source:    To Date:

Code:    Address:    Inactive:
Seq:    From Date:
Source:    To Date:



Case ID: 07M3073882    BIGGINS, J VERONICA ETAL VS TOP JO BOTTOM

| Docket | Filing Date | Time | Party | Disposition Amount | Non- Seal Image Mon Dckt |
|--------|-------------|------|-------|--------------------|--------------------------|
| TRSET | 12-JAN-2009 | 14:44:21 | | | ☐ ☐ ☐ |
| CASE RESET TO: SEE NOTE | | | | | |

| Docket | Filing Date | Time | Party | Disposition Amount | Non- Seal Image Mon Dckt |
|--------|-------------|------|-------|--------------------|--------------------------|
| TPS | 12-JAN-2009 | 13:25:34 | | | ☐ ☐ ☐ |
| PERSONAL SERVICE BY MARSHAL | | | | | |

| Docket | Filing Date | Time | Party | Disposition Amount | Non- Seal Image Mon Dckt |
|--------|-------------|------|-------|--------------------|--------------------------|
| TNS | 08-OCT-2008 | 15:59:10 | | | ☐ ☐ ☐ |
| NON EST SERVICE | | | | | |

○ Text    ○ Docket    ○ Person    ○ Event    ○ Judgment For    ○ Judgment Against    ○ Sentence

**Docket Text**

CASE RESET 60 DAYS; CONSENT AGREEMENT, PLEASE FILE.../STH



Case ID: 07M3073882    BIGGINS,J VERONICA ETAL VS TOP JO BOTTOM

| Docket | Filing Date | Time | Party | Disposition Amount | Non-Mon | Seal Dckt | Image |
|--------|-------------|------|-------|--------------------|---------|-----------|-------|
| ☑ TNOTE | 08-APR-2009 | 13:45:50 | | | ☐ | ☐ | ☐ |
| NOTE | | | | | | | |

| Docket | Filing Date | Time | Party | Disposition Amount | Non-Mon | Seal Dckt | Image |
|--------|-------------|------|-------|--------------------|---------|-----------|-------|
| ☐ TNOTE | 26-MAR-2009 | 12:02:56 | | | ☐ | ☐ | ☐ |
| NOTE | | | | | | | |

| Docket | Filing Date | Time | Party | Disposition Amount | Non-Mon | Seal Dckt | Image |
|--------|-------------|------|-------|--------------------|---------|-----------|-------|
| ☐ TRSET | 12-JAN-2009 | 14:44:21 | | | ☐ | ☐ | ☐ |
| CASE RESET TO- SEE NOTE | | | | | | | |

○ Text    ○ Docket    ○ Person    ○ Event    ◉ Judgment For    ○ Judgment Against    ○ Sentence

**Docket Text**

CASE SCHEDULED FOR 04/27/09 @ 1:30PM COURTROOM 2-N.../STH



Case ID: 07MS073882    BIGGINS,J VERONICA ETAL VS TOP JO BOTTOM

| Filing Date | Time | Code | Docket Description | Filing Party | Text | Amt | Image |
|---|---|---|---|---|---|---|---|
| 29-MAY-2009 | 14:20:10 | TJUPL | Claim Judgement for Plaint | J VERONICA BIGGINS | PRINCI | NO | |
| 08-APR-2009 | 13:45:50 | TNOTE | NOTE | | CASE | NO | |
| 26-MAR-2009 | 12:02:56 | TNOTE | NOTE | | CASE | NO | |
| 12-JAN-2009 | 14:44:21 | TRSET | CASE RESET TO- SEE NOT | | CASE | NO | |
| 12-JAN-2009 | 13:25:34 | TPS | PERSONAL SERVICE BY M | | #475// | NO | |
| 08-OCT-2008 | 15:59:10 | TNS | NON EST SERVICE | | MOVE | NO | |
| 30-SEP-2008 | 16:06:29 | TNOTE | NOTE | | RESE | NO | |
| 30-AUG-2007 | 11:18:45 | TNS | NON EST SERVICE | TOP TO BOTTOM RENOVA | NO | NO | |
| 08-AUG-2007 | 09:48:16 | TMS11 | 1DFT/1SVC-74.50 | | | NO | |

### Causing and Resulting Associated Dockets

| Resultant /caused | Filing Date | Time | Code | Docket Description | Filing Party | Text | Im |
|---|---|---|---|---|---|---|---|
| ○ ○ | | | | | | | |
| ○ ○ | | | | | | | |
| ○ ○ | | | | | | | |
| ○ ○ | | | | | | | |

MAGISTRATE COURT OF FULTON COUNTY
STATE OF GEORGIA

Biggins

~~Top to Bottom Renovations, LLC,~~                    §
~~Glenn Favre~~                                        §
~~Plaintiff,~~                                         §        CIVIL ACTION
v.                                                     §
            ~~Biggins~~                                §
~~John Macleh Family Trust~~                           §        CASE NO. ~~08MS084709~~
~~Defendant.~~                                         §
                                                       §                07MS073882
            Glenn Favre                                §

## PLEA OF STAY IN BANKRUPTCY

COMES NOW THE PLAINTIFF, by counsel, and files this "Plea of Stay in Bankruptcy," and shows to the Court as follows:

1.

Plaintiff, Glenn Favre, has filed a Chapter 7 Bankruptcy Petition in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division, on December 9, 2008, same being Case No. A08-85264-MHM.

2.

The within Civil Action Case No. 08MS084709 is stayed pursuant to the provisions of 11 U.S.C. Section 362 pending further order of the United States Bankruptcy Court.

**PLEASE NOTE: This notice is provided solely to inform this Court of the pending bankruptcy case and is not intended as an appearance in the instant action by the undersigned counsel.**

Respectfully submitted,

By: _____
Angela Little Hamilton, GBN 454087
Attorney for the Debtor(s)

A. L. Hamilton & Associates, LLC
543 E. Lanier Avenue
Fayetteville, GA 30214
(770) 716-0140

3355 Lenox Road
Suite 750
Atlanta, Georgia 30326
office: 404-250-3226
fax: 404-581-5840
jeff@themuellerlawfirm.com

June 12, 2009

Clerk of Magistrate Court
Fulton County
185 Central Avenue, S.W.
Atlanta, Georgia 30303

Re: Top to Bottom Renovations, LLC v. Ray Martin
    Magistrate Court of Fulton County
    Civil Action File No.: 08M090163

Dear Sir/Madame:

My client would like this case placed on the next available trial calendar. Judge Biggins has recused himself from hearing the case because of a conflict. It will need to be placed on another judge's calendar.

Thank you for your assistance in this matter.

With best regards,

THE MUELLER LAW FIRM, LLC

Jeff Mueller

## THE MUELLER LAW FIRM, LLC
### ATTORNEY AT LAW
### 3355 LENOX RD., SUITE 750
### ATLANTA, GEORGIA 30326
### (404) 250-3226

## AGREEMENT FOR LEGAL REPRESENTATION

### I.

TOP TO BOTTOM RENOVATIONS, LLC, THE UNDERSIGNED CLIENTS ("CLIENT"), DOES HEREBY EMPLOY AND RETAIN THE MUELLER LAW FIRM, LLC ("ATTORNEY") TO REPRESENT IT IN PROSECUITION OF CIVIL CLAIMS AGAINST ERIC MILLER, JOHN MACKLIN FAMILY TRUST, RAY MARTIN AND KEN KRELL. CLIENT ALSO EMPLOYS ATTORNEY TO DEFEND ANY COUNTERCLAIMS ASSERTED BY THE AFOREMETIONED DEFENDANTS. ADDITIONALLY, CLIENT EMPLOYS THE ATTORNEY TO DEFEND THE LAWSUITS FILED BY FRANKLIN BIGGINS AND LABOR FINDERS.

### II.

IN EXCHANGE FOR SUCH LEGAL REPRESENTATION AND SERVICES WE AGREE TO PAY OUR ATTORNEY ACCORDING TO THE FOLLOWING FEE SCHEDULE:

1) ONE HUNDRED FIFTY DOLLARS ($150) PER HOUR TO BE BILLED IN INCREMENTS OF 6 MINUTES; AND
2) WE AGREE TO PAY A RETAINER IN THE AMOUNT OF TWENTY FIVE HUNDRED DOLLARS ($2, 500) UPFRONT. SAID RETAINER WILL BE BILLED AGAINST. IN THE EVENT SAID RETAINER IS EXHAUSTED, WE AGREE TO PAY ANY ADDITIONAL REATAINER NECESSARY FOR OUR DEFENSE.

### III.

WE FURTHER AGREE TO REIMBURSE OUR ATTORNEY FOR ANY AND ALL NECESSARY EXPENSES, AT HIS INDEPENDENT DISCRETION AND DETERMINATION AS MAY BE INCURRED IN CONNECTION WITH HIS REPRESENTATION OF US (COURT COSTS, MEDICAL RECORD REQUESTS, DEPOSITIONS, COURT REPORTER, MILEAGE, PHOTOCOPY, LONG DISTANCE TELEPHONE, FACSIMILE, ETC.)

### IV.

WE AGREE THAT THIS REPRESENTATION MAY BE TERMINATED AT ANY TIME BY EITHER PARTY, BUT THAT IN THE EVENT THAT THE CLIENTS TERMINATE THE AGREEMENT, THE ATTORNEY SHALL HAVE A RIGHT TO RECOVER HIS EXPENSES INCURRED TO DATE IN THE HANDLING OF OUR CASE. WE FURTHER STATE THAT TOP TO BOTTOM RENOVATIONS, LLC IS NOT PRESENTLY REPRESENTED BY ANY OTHER ATTORNEY OR LAW FIRM IN CONNECTION WITH THE SUBJECT MATTER OF THIS REPRESENTATION.

This _14th_ day of _February_, 2009.

THE MUELLER LAW FIRM, LLC

Jeff Mueller

Page 2
AGREEMENT FOR LEGAL REPRESENTATION

Glenn Favre
For:  Top To Bottom Renovations, LLC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Top to Bottom Renovations, LLC.**
**110 S. Columbia Dr. #11**
**Decatur, GA. 30030**
**404-822-3031**
toptobottomren@bellsouth.net

07MS073582



**Contractor Agreement**

**This Agreement** made this 30th day of March, 2007, by and between Top to Bottom Renovations, LLC, hereinafter called the Contractor and Veronica Biggins, hereinafter called the Homeowner.

**Witnesseth**, that the Contractor and the Homeowner for the considerations named agree as follows:

**Article 1.  Scope of Work**
The Contractor shall furnish all of the materials and perform all of the work shown on the quote described in the Specifications,  as annexed here to as it pertains to work to be performed at:  138 Peachtree Circle Atlanta, Georgia 30309
Structural damage not visible on the surface prior to the removal of siding, trim or other will be charged at an additional price, put in writing and amended to this contract, signed by the Home owner and the Contractor prior to the work being started.

**Article 2.  Time of Completion**
The work to be performed under this contract shall be commenced on or before *16 April 2007* and shall be substantially completed on or before *2 May 2007* Time is of the essence.

**Article 3.  The Contract Price**
The homeowner shall pay the contractor for the material plus 20% and labor to be performed under the Contract the sum of  SEVEN THOUSAND NINE HUNDRED FIFTY THREE AND 84/100 ($7953.84), subject o to additions and deductions to the authorized change orders.

**Article 4.  Progress Payments**
Payments of the Contract Price shall be paid in the manner as follows:
33% of the Labor quoted amount will be due on day of signing to, along with the entire *of labor* amount of the estimated material quoted amount.  ($3943.84) and additional 33% will be due after the stain glass window is completed and the final 33% of the labor will be due upon completion of the work.

**Top to Bottom Renovations, LLC.**
**110 S. Columbia Dr. #11**
**Decatur, GA. 30030**
**404-822-3031**
**toptobottomren@bellsouth.net**

## Article 5. General Provisions

Any alteration or deviation from the above specifications, including but not limited to any such alteration or deviation involving additional material and/or labor costs, will be executed only upon written order for same, signed by Contractor and Homeowner, and if there is any charge for such alteration or deviation, the additional charge will be added to the contract price of this contract. If payment is not made when due, Contractor may suspend work on the job until such time as all payments due have been made. A failure to make payment for a period in excess of seven days from the due date of the payment shall be deemed a material breach of this contract. In addition, the following general provisions apply:

1. All work shall be completed in a workman-like manner and in compliance with all building codes and other applicable laws.

2. The Homeowner shall furnish a plan and scale drawing showing the shape, size, dimensions, and construction and equipment specifications for home improvements and/or a description of the work to be done and description of the materials to be used and the equipment to be used or installed, and the agreed consideration for the work.

3. To the extent required by law, all work shall be performed by individuals duly licensed and authorized by law to perform said work.

4. Contractor may at its discretion engage subcontractors to perform work hereunder, provided Contractor shall fully pay said subcontractors and in all instances remain responsible for the proper completion of this contract.

5. Contractor shall furnish Homeowner appropriate releases or waivers of lien for all work performed or materials provided at the time the next periodic payment is due.

6. All change orders shall be in writing and signed by both Contractor and Homeowner and shall be incorporated in and become part of the contract.

7. Homeowner shall at his own expense, obtain all permits necessary for the work to be performed.

8. In the event Homeowner shall fail to pay any periodic or installment payment due hereunder, Contractor may cease work without breach pending payment or resolution of any dispute.

9. All disputes herunder shall be resolved by binding arbitrations in accordance with the rules of the American Arbitration Association.

10. Contractor shall not be liable for any delay due to circumstances beyond its control including: Strikes, casualty, general unavailability or materials or natural causes.

11. Contractor warrants all labor for a period of 12 months following completion.

12. Contractor does not warrant material.

13. Contractor is responsible for removal of all construction debris.

**Top to Bottom Renovations, LLC.**
**110 S. Columbia Dr. #11**
**Decatur, GA. 30030**
**404-822-3031**
**toptobottomren@bellsouth.net**

14.   Any unforeseen change(s) needed to safely accomplish above scope of work that is not included in original contract and/or stipulations will be the responsibility of the homeowner.

**Article 6. Insurance**

The Contractor represents that it has purchased and agrees that it will keep in force for the duration of the performance of the work or for such longer term as may be required by this agreement an insurance policy with a company or companies lawfully authorized to do business in the State of Georgia.  Such insurance as will protect Top to Bottom Renovations, LLC., the owner of the site from claims for loss or injury which might arise out of or result from the Contractor's operations under this project, whether such operations be by the Contractor or by its subcontractors.  All Subcontractors will carry individual policies to protect themselves as well as the Homeowner and Top to Bottom Renovations, LLC.  Insurance is held through Higginbotham & Associates Insurance Agency.  Contact address is 155 Eagles Walk, Ste. B/P.O. Box 2458 Stockbridge, GA 30281 770-389-8864

Said Comprehensive General Liability policy is in the amount of $1,000,000 per occurrence.

Signed this_____ 9 day of _April_ 2007.

_____          _____
Homeowner                                     Top to Bottom Renovations, LLC.

_____
Co-Owner





*Top to Bottom Renovations, LLC.*
*110 S. Columbia Dr #11*
*Decatur, GA 30030*
*404-822-3031*
*glennfavre@gmail.com*

138

## INVOICE

| **Customer** | | | | | **Misc** | |
|---|---|---|---|---|---|---|
| Name | Veronica Biggins | | | | Date | 5/1/2007 |
| Address | 138 Peachtree Circle | | | | Order No. | |
| City | Atlanta | State GA | ZIP 30309 | | Rep | |
| Phone | 4045774048 | | | | FOB | |

| Hours/unit | Description | Unit Price | | TOTAL | |
|---|---|---|---|---|---|
| 1 | Cancellation Fee of Contract for repair work 5% of contract amount | $ 371.00 | $ | | 371.00 |
| 40 | Inspection for rotten wood on entire house, removal of rotten trim on side of house, three areas of the soffets and rear second story porch corner | $ 60.00 | $ | | 2,400.00 |
| 10 | Set up and break Drown of scaffolding | $ 60.00 | $ | | 600.00 |
| 1 | Scaffolding rental charge and delivery Fee | $ 500.00 | $ | | 500.00 |
| 3 | Time spent getting materials and quotes from Randall Brothers and Stock Building Supply for Bahamas Shutters and obtaining material sample for Mrs. Biggins | $ 60.00 | $ | | 180.00 |
| 1 | Clean up and removal of construction debris | $ 150.00 | $ | | 150.00 |
| 3 | Assessment of structural damage by Don Ross of Gate House, INC | $ 75.00 | $ | | 225.00 |
| 2 | time spent drafting change order for repairs and recommendation for proper repairs to be made. | $ 60.00 | $ | | 120.00 |

| | | | |
|---|---|---|---|
| | Subtotal | $ | 4,546.00 |
| | Down Payment | $ | (3,943.84) |
| | Tax Rate" | | |
| | **TOTAL** | $ | 602.16 |

| **Payment** | Select One... |
|---|---|
| Comments | |
| Name | |
| CC # | |
| Expires | |

Office Use Only

*Payment is due upon receipt of this invoice*





*Top to Bottom Renovations, LLC.*
*110 S. Columbia Dr #11*
*Decatur, GA 30030*
*404-822-3031*
*glennfavre@gmail.com*

138

# INVOICE

| Customer | | Misc | |
|---|---|---|---|
| Name | Veronica Biggins | Date | 5/1/2007 |
| Address | 138 Peachtree Circle | Order No. | |
| City | Atlanta        State GA        ZIP 30309 | Rep | |
| Phone | 4045774048 | FOB | |

| Hours/unit | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | | | |
| 40 | Inspection for rotten wood on entire house, removal of rotten trim on side of house, three areas of the soffets and rear second story porch corner | $ 60.00 | $ 2,400.00 |
| 10 | Set up and break Drown of scaffolding | $ 60.00 | $ 600.00 |
| 1 | Scaffolding rental charge and delivery Fee | $ 500.00 | $ 500.00 |
| 3 | Assessment of structural damage by Don Ross of Gate House, INC time spent drafting change order for repairs and recommendation for | $ 75.00 | $ 225.00 |
| 2 | proper repairs to be made.   . | $ 60.00 | $ 120.00 |

| | | | |
|---|---|---|---|
| | Subtotal | $ | 3,845.00 |
| | Down Payment | $ | (3,943.84) |
| Tax Rate" | | | |
| | TOTAL | $ | (98.84) |

| Payment | Select One... |
|---|---|
| Comments | |
| Name | |
| CC # | |
| Expires | |

Office Use Only

*Payment is due upon receipt of this invoice*

**Top to Bottom Renovations, LLC.**
**110 S. Columbia Dr. #11**
**Decatur, GA. 30030**
**404-822-3031**
**toptobottomren@bellsouth.net**



### Contractor Agreement

**This Agreement** made this 30th day of March, 2007, by and between Top to Bottom Renovations, LLC, hereinafter called the Contractor and Veronica Biggins, hereinafter called the Homeowner.

**Witnesseth**, that the Contractor and the Homeowner for the considerations named agree as follows:

### Article 1.  Scope of Work
The Contractor shall furnish all of the materials and perform all of the work shown on the quote described in the Specifications, as annexed here to as it pertains to work to be performed at: 138 Peachtree Circle Atlanta, Georgia 30309
　　　Structural damage not visible on the surface prior to the removal of siding, trim or other will be charged at an additional price, put in writing and amended to this contract, signed by the Home owner and the Contractor prior to the work being started.

### Article 2.  Time of Completion
The work to be performed under this contract shall be commenced on or before APRIL 16TH 2007 and shall be substantially completed on or before MAY 2ND, 2007.  Time is of the essence.

### Article 3.  The Contract Price
The homeowner shall pay the contractor for the material plus 20% and labor to be performed under the Contract the sum of  SEVEN THOUSAND NINE HUNDRED FIFTY THREE AND 84/100 ($7953.84), subject o to additions and deductions to the authorized change orders.

### Article 4.  Progress Payments
Payments of the Contract Price shall be paid in the manner as follows:
33% of the Labor quoted amount will be due on day of signing to, along with the entire amount of the estimated material quoted amount.  ($3943.84) and additional 33% will be due after the stain glass window is completed and the final 33% of the labor will be due upon completion of the work.

**Top to Bottom Renovations, LLC.**
**110 S. Columbia Dr. #11**
**Decatur, GA. 30030**
**404-822-3031**
**toptobottomren@bellsouth.net**

### Article 5.  General Provisions

Any alteration or deviation from the above specifications, including but not limited to any such alteration or deviation involving additional material and/or labor costs, will be executed only upon written order for same, signed by Contractor and Homeowner, and if there is any charge for such alteration or deviation, the additional charge will be added to the contract price of this contract.  If payment is not made when due, Contractor may suspend work on the job until such time as all payments due have been made.  A failure to make payment for a period in excess of seven days from the due date of the payment shall be deemed a material breach of this contract.  In addition, the following general provisions apply:

1. All work shall be completed in a workman-like manner and in compliance with all building codes and other applicable laws.
2. The Homeowner shall furnish a plan and scale drawing showing the shape, size, dimensions, and construction and equipment specifications for home improvements and/or a description of the work to be done and description of the materials to be used and the equipment to be used or installed, and the agreed consideration for the work.
3. To the extent required by law, all work shall be performed by individuals duly licensed and authorized by law to perform said work.
4. Contractor may at its discretion engage subcontractors to perform work hereunder, provided Contractor shall fully pay said subcontractors and in all instances remain responsible for the proper completion of this contract.
5. Contractor shall furnish Homeowner appropriate releases or waivers of lien for all work performed or materials provided at the time the next periodic payment is due.
6. All change orders shall be in writing  and signed by both Contractor and Homeowner and shall be incorporated in and become part of the contract.
7. Homeowner shall at his own expense, obtain all permits necessary for the work to be performed.
8. In the event Homeowner shall fail to pay any periodic or installment payment due hereunder, Contractor may cease work without breach pending payment or resolution of any dispute.
9. All disputes herunder shall be resolved by binding arbitrations in accordance with the rules of the American Arbitration Association.
10. Contractor shall not be liable for any delay due to circumstances beyond its control including:  Strikes, casualty, general unavailability or materials or natural causes.
11. Contractor warrants all labor for a period of 12 months following completion.
12. Contractor does not warrant material.
13. Contractor is responsible for removal of all construction debris.

**Top to Bottom Renovations, LLC.**
**110 S. Columbia Dr. #11**
**Decatur, GA. 30030**
**404-822-3031**
**toptobottomren@bellsouth.net**

14.   Any unforeseen change(s) needed to safely accomplish above scope of work that is not included in original contract and/or stipulations will be the responsibility of the homeowner.

**Article 6.  Insurance**

The Contractor represents that it has purchased and agrees that it will keep in force for the duration of the performance of the work or for such longer term as may be required by this agreement an insurance policy with a company or companies lawfully authorized to do business in the State of Georgia. Such insurance as will protect Top to Bottom Renovations, LLC., the owner of the site from claims for loss or injury which might arise out of or result from the Contractor's operations under this project, whether such operations be by the Contractor or by its subcontractors. All Subcontractors will carry individual policies to protect themselves as well as the Homeowner and Top to Bottom Renovations, LLC. Insurance is held through Higginbotham & Associates Insurance Agency. Contact address is 155 Eagles Walk, Ste. B/P.O. Box 2458 Stockbridge, GA 30281 770-389-8864
Said Comprehensive General Liability policy is in the amount of $1,000,000 per occurrence.

Signed this ____9th____ day of ___April__, 2007.

_____
Homeowner

_____
Co-Owner

_____
Top to Bottom Renovations, LLC.

# Top to Bottom Renovation, LLC.

*For all of your honey do list*

110 S. Columbia Dr #11
Decatur, Georgia, 30030
Phone (404) 822-3031
glennfavre@bellsouth.net
Veronica Biggins

**DATE** 4/9/2007
**Quotation #** 138

*Quotation valid until:*  4/29/2007
*Prepared by:*  GRF

138 Peachtree Cir
Atlanta, GA 30309
4045774048

**Comments or Special Instructions:**  Upon acceptance of the quote a contract outlining work and specific details pertaining to job will be issued and signed.
**This is only a quote and the specifics of the design, style, and finishes will affect the final price.**

| SALESPERSON | TERMS |
|---|---|
| Glenn Favre | One third of estimated labor cost and all of the estimated materials will be due upon acceptance of this quote which will ensure the work to be scheduled. |

| QUANTITY | DESCRIPTION | UNIT PRICE | TAXABLE? | AMOUNT |
|---|---|---|---|---|
| 11 | Remove and install Bahamma Shutters | 300.00 | | 3,300.00 |
| 1 | Replace rotten trim wood on exterior of house | 3,200.00 | | 3,200.00 |
| 7 | 40x80 Bahanama Shutters Acrylic Polymer shutters | 734.77 | t | 5,143.39 |
| 4 | 20x80 Bahama Shutters Acrylic Polymer shutters | 385.84 | t | 1,543.36 |
| 1 | remove and install trim, and glass to protect stain glass window in shower | 1,250.00 | | 1,250.00 |
| 1 | Glass for stain glass | 312.00 | t | 312.00 |
| 1 | Remove tile and replace rotten wood in shower wall and replace tile | 1,565.00 | | 1,565.00 |
| 11 | Hardware for shutters | 86.00 | t | 946.00 |
| 1 | estimated wood for trim | 1,100.00 | t | 1,100.00 |

| | |
|---|---|
| SUBTOTAL | $  18,359.75 |
| TAX RATE | 7.00% |
| SALES TAX | 633.13 |
| OTHER | - |
| **TOTAL** | **$  18,992.88** |

If you have any questions concerning this quotation contact Glenn Favre at 404-822-3031 or toptobottomren@bellsouth.net.

## THANK YOU FOR YOUR BUSINESS!

# Top to Bottom Renovation, LLC.

*For all of your honey do list*

**DATE** 3/26/2007
**Quotation #** 138

110 S. Columbia Dr #11
Decatur, Georgia, 30030
Phone (404) 822-3031
glennfavre@bellsouth.net
Veronica Biggins

*Quotation valid until:* 4/15/2007
*Prepared by:* GRF

138 Peachtree Cir
Atlanta, GA 30309
    4045774048

**Comments or Special Instructions:** Upon acceptance of the quote a contract outlining work and specific details pertaining to job will be issued and signed.
**This is only a quote and the specifics of the design, style, and finishes will affect the final price.**

| SALESPERSON | TERMS |
|---|---|
| Glenn Favre | Half the estimated labor cost and all of the estimated materials will be due upon acceptance of this quote which will ensure the work to be scheduled. |

| QUANTITY | DESCRIPTION | UNIT PRICE | TAXABLE? | AMOUNT |
|---|---|---|---|---|
| 1 | Paint exterior of house | 15,500.00 | | 15,500.00 |
| 1 | Replace rotten trim wood on exterior of house | 3,200.00 | | 3,200.00 |
| 1 | Repair ceiling in Kitchen | 850.00 | | 850.00 |
| 1 | Repair wall crack in butlers pantry | 425.00 | | 425.00 |
| 1 | remove and install trim, and glass to protect stain glass window in shower    65 x 28 | 1,250.00 | | 1,250.00 |
| 1 | Remove and install new french door on rear deck | 750.00 | | 750.00 |
| 1 | Rear french door | 700.00 | t | 700.00 |
| 1 | Replace Front door | 1,275.00 | | 1,275.00 |
| 1 | Mohagany front Door double swing | 4,500.00 | t | 4,500.00 |
| 1 | removal of existing structure and build carport. | 20,000.00 | | 20,000.00 |

| | | |
|---|---|---|
| SUBTOTAL | $ | 48,450.00 |
| TAX RATE | | 7.00% |
| SALES TAX | | 364.00 |
| OTHER | | - |
| TOTAL | $ | 48,814.00 |



*Top to Bottom Renovations, LLC.*
*110 S. Columbia Dr #11*
*Decatur, GA 30030*
*404-822-3031*
*glennfavre@gmail.com*

**138**

# INVOICE

| Customer | | | | |
|---|---|---|---|---|
| Name | Veronica Biggins | | | |
| Address | 138 Peachtree Circle | | | |
| City | Atlanta | State GA | ZIP 30309 | |
| Phone | 4045774048 | | | |

| Misc | |
|---|---|
| Date | 5/1/2007 |
| Order No. | |
| Rep | |
| FOB | |

| Hours/unit | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | | | |
| 40 | Inspection for rotten wood on entire house, removal of rotten trim on side of house, three areas of the soffets and rear second story porch corner | $ 60.00 | $ 2,400.00 |
| 10 | Set up and break Drown of scaffolding | $ 60.00 | $ 600.00 |
| 1 | Scaffolding rental charge and delivery Fee | $ 500.00 | $ 500.00 |
| 3 | Assessment of structural damage by Don Ross of Gate House, INC | $ 75.00 | $ 225.00 |
| 2 | time spent drafting change order for repairs and recommendation for proper repairs to be made. | $ 60.00 | $ 120.00 |

*→ Move this fee*
*to Send Condition*

| | | |
|---|---|---|
| Subtotal | $ | 3,845.00 |
| Down Payment | $ | (3,943.84) |
| Tax Rate" | | |
| TOTAL | $ | (98.84) |

| Payment | Select One... |
|---|---|
| Comments | |
| Name | |
| CC # | |
| Expires | |

*which is the final Invoice*

**Office Use Only**
*She was issued a*
*$100 refund ✓*

*Payment is due upon receipt of this invoice*



*Top to Bottom Renovations, LLC.*
*110 S. Columbia Dr #11*
*Decatur, GA 30030*
*404-822-3031*
*glennfavre@gmail.com*

138

# INVOICE

| Customer | | Misc | |
|---|---|---|---|
| Name | Veronica Biggins | Date | 5/1/2007 |
| Address | 138 Peachtree Circle | Order No. | |
| City | Atlanta    State GA    ZIP 30309 | Rep | |
| Phone | 4045774048 | FOB | |

| Hours/unit | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Cancellation Fee of Contract for repair work 5% of contract amount | $ 371.00 | $ 371.00 |
| 40 | Inspection for rotten wood on entire house, removal of rotten trim on side of house, three areas of the soffets and rear second story porch corner | $ 60.00 | $ 2,400.00 |
| 10 | Set up and break Drown of scaffolding | $ 60.00 | $ 600.00 |
| 1 | Scaffolding rental charge and delivery Fee | $ 500.00 | $ 500.00 |
| 3 | Time spent getting materials and quotes from Randall Brothers and Stock Building Supply for Bahamas Shutters and obtaining material sample for Mrs. Biggins | $ 60.00 | $ 180.00 |
| 1 | Clean up and removal of construction debris | $ 150.00 | $ 150.00 |
| 3 | Assessment of structural damage by Don Ross of Gate House, INC | $ 75.00 | $ 225.00 |
| 2 | time spent drafting change order for repairs and recommendation for proper repairs to be made. | $ 60.00 | $ 120.00 |

*Waived*

| | | |
|---|---|---|
| Subtotal | $ | 4,546.00 |
| Down Payment | $ | (3,943.84) |
| Tax Rate" | | |
| **TOTAL** | $ | 602.16 |

| Payment | Select One... |
|---|---|
| Comments | |
| Name | |
| CC # | |
| Expires | |

Office Use Only

*Payment is due upon receipt of this invoice*

# Top to Bottom Renovation, LLC.

*For all of your honey do list*

110 S. Columbia Dr #11
Decatur, Georgia, 30030
Phone (404) 822-3031
toptobottomren@bellsouth.net
Veronica Biggins

**DATE** 4/11/2007
**Quotation #** 138

Quotation valid until: 5/1/2007
Prepared by: GRF

138 Peachtree Cir
Atlanta, GA 30309
   4045774048

**Comments or Special Instructions:**   Upon acceptance of the quote a contract outlining work and specific
details pertaining to job will be issued and signed.
**This is only a quote and the specifics of the design, style, and finishes will affect the final price.**

| SALESPERSON | TERMS |
|---|---|
| Glenn Favre | One third of estimated labor cost and all of the estimated materials will be due upon acceptance of this quote which will ensure the work to be scheduled. |

| QUANTITY | DESCRIPTION | UNIT PRICE | TAXABLE? | AMOUNT |
|---|---|---|---|---|
| 1 | Replace rotten trim wood on exterior of house | 3,200.00 | | 3,200.00 |
| 1 | remove and install trim, and glass to protect stain glass window in shower | 1,250.00 | | 1,250.00 |
| 1 | Glass for stain glass | 312.00 | t | 312.00 |
| 1 | Remove tile and replace rotten wood in shower wall and replace tile | 1,565.00 | | 1,565.00 |
| 1 | Materials for shower estimated | 400.00 | t | 400.00 |
| 1 | estimated wood for trim | 1,100.00 | t | 1,100.00 |

| | | |
|---|---|---|
| SUBTOTAL | $ | 7,827.00 |
| TAX RATE | | 7.00% |
| SALES TAX | | 126.84 |
| OTHER | | - |
| TOTAL | $ | 7,953.84 |

If you have any questions concerning this quotation contact Glenn Favre at 404-822-3031 or
toptobottomren@bellsouth.net.

### THANK YOU FOR YOUR BUSINESS!

Judicial Council of the ___11th___ Circuit

## COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

To begin the complaint process, complete this form and prepare the brief statement of facts described in item 5 (below). The RULES FOR JUDICIAL-CONDUCT AND JUDICIAL-DISABILITY PROCEEDINGS, adopted by the Judicial Conference of the United States, contain information on what to include in a complaint (Rule 6), where to file a complaint (Rule 7), and other important matters. The rules are available in federal court clerks' offices, on individual federal courts' Web sites, and on www.uscourts.gov.

Your complaint (this form and the statement of facts) should be typewritten and must be legible. For the number of copies to file, consult the local rules or clerk's office of the court in which your complaint is required to be filed. Enclose each copy of the complaint in an envelope marked "COMPLAINT OF MISCONDUCT" or "COMPLAINT OF DISABILITY" and submit it to the appropriate clerk of court. **Do not put the name of any judge on the envelope.**

1. Name of Complainant: Glenn R Favre/Top to Bottom Renovations, LLC

   Contact Address: 110 South Columbia Drive #11

   Decatur, Georgia 30030

   Daytime telephone: (404 ) 3731137

2. Name(s) of Judge(s): Franklin Biggins

   Court: Magistrates Court of Fulton County

3. Does this complaint concern the behavior of the judge(s) in a particular lawsuit or lawsuits?

   [x ] Yes        [   ] No

   If "yes," give the following information about each lawsuit:

   Court: Magistrates Court of Fulton County

   Case Number: 08vs149495J - 07ms073882-

   Docket number of any appeal to the ____ Circuit: _____

   Are (were) you a party or lawyer in the lawsuit?

   [x ] Party        [   ] Lawyer        [   ] Neither

Page 1 of 2

If you are (were) a party and have (had) a lawyer, give the lawyer's name, address, and telephone number:

Jeff Mueller

3355 Lenox Rd. Suite 600

Atlanta, Georgia 30326

**4.**    Have you filed any lawsuits against the judge?

        X  ] Yes          [   ] No

If "yes," give the following information about each such lawsuit:

Court:            US BANKRUPTCY COURT OF NORTHERN GOERGIA

Case Number:     08-CA-85264-MHM

Present status of lawsuit: _____

Name, address, and telephone number of your lawyer for the lawsuit against the judge:

GLENN R FAVRE PRO SE

110 South Columbia Drive #11

Decatur Georgia 30030 404=373-1137

Court to which any appeal has been taken in the lawsuit against the judge:

US BANKRUPTCY COURT NOTHERN DISTRICT OF GEORGIA

Docket number of the appeal: _____

Present status of the appeal: _____

**5.**    **Brief Statement of Facts.** Attach a brief statement of the specific facts on which the claim of judicial misconduct or disability is based. Include what happened, when and where it happened, and any information that would help an investigator check the facts. If the complaint alleges judicial disability, also include any additional facts that form the basis of that allegation.  Judge Biggins was presiding over the above case, had his bailiff serve me with a subpoena for a law suite from him prior to hearing the case.  He recuesed himself so I was not able to have the case heard, only to have Judge Biggins preside over another Small Claims case knowing that their would and is a confict of interest

**6.**    **Declaration and signature:**  Neither of these cases have been rescheduled and it has been over a year since the filing.

Do to Judge Biggins actions, I have had to subsequently file personnel BK7, since the cases being heard were for my company and I have personally guaranteed the debt.

    I declare under penalty of perjury that the statements made in this complaint are true and correct to the best of my knowledge.

(Signature) _____      (Date) 10/27/2009

Glenn R Favre

Page 2 of 2

# United States Court of Appeals
## Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

www.ca11.uscourts.gov

October 26, 2009

Glenn Favre
110 S. Columbia Drive, #11
Decatur, GA 30030

Dear Mr. Favre:

Papers relating to a complaint regarding Judge Franklin Biggins of the Magistrates Court of Fulton County (GA) have been received by this office. I regret to inform you that this court has no authority under the law regarding state judicial officers or state courts. As a consequence, I am required to return this correspondence to you unfiled.

Sincerely,

THOMAS K. KAHN, Clerk

By: _Andrew Gyarfas_
Andrew Gyarfas
Deputy Clerk

Encl.









# HOPPE, COLLINS & OJEDA
#### ———— LLC ————
### A T T O R N E Y S   A T   L A W

**Via Certified Mail**

RE:    ***Charge Back Request from Krell***

To whom it may concern:

This law firm represents Glenn Favre and Top to Bottom Renovations. We are writing regarding the charge back requests and issues raised by Mr. Krell. Specifically, we are writing to inform you that these charges relate to an on-going legal dispute filed by our clients in the State of Georgia, Civil Action No 08-EV-005111J. One of the issues in this litigation is the current "charge back claim" by Mr. Krell. As this matter is properly before the court, we ask that you allow the legal process conclude and the State of Georgia to render a decision before taking any action on Mr. Krell's requests.

Furthermore, my clients vehemently disagree with Mr. Krell's version of events in his letter. Not only were all of the services at issue performed, but all were authorized by Mr. Krell. Additionally, Mr. Krell has failed to pay significant sums that are still owed, which gave rise to the abovementioned suit. *We have attached some documentation supporting this for your convenience.*

Mr. Krell understands that he is he is likely to lose the ongoing litigation and his unsupported counterclaims. Therefore, Mr. Krell has used various extra-judicial means from bogus restraining orders to letters claiming illegal charge backs to attempt to further damage my clients.

We ask that you withhold any decision or action on this matter pending the resolution of the lawsuit. It is neither fair, nor efficient, to force my clients to effectively litigate this matter both with you and with the State of Georgia. Both sides will have a full and fair opportunity to present their cases before the judge and jury and that decision should be respected. At the conclusion of this litigation, you will have all the information necessary to be able to make a fully informed and fair decision. However, if you elect to allow this charge back before the end of the litigation, despite my clients' completion of the authorized work at issue, please note that you are creating potential liability on your part for tortious interference with contract.

Under Georgia law, a party may recover damages for tortious interference when a Defendant, "defendant: (1) acted improperly and without privilege, (2) acted purposely and with malice with the intent to injure, (3) induced a third party or parties not to enter into or continue a

business relationship with the plaintiff, and (4) caused plaintiff financial injury." *See Renden Inc. v. Liberty Real Estate Ltd. Partnership III*, 213 Ga. App. 333, 334 (1994). Should you take actions to allow this charge back and the court finds in favor of my clients, as we fully expect, your conduct will give rise to a tortious interference claim. Not only would my clients then be allowed to recover the amount of the charge back plus interest from you, but such actions also give rise to punitive damages pursuant to O.C.G.A. § 51-12-5.1 and attorney's fees pursuant to O.C.G.A. § 13-6-11. We sincerely hope that you will allow the completion of the litigation before taking any actions and that by doing so, any such claim will be unnecessary.

You may call me at (678) 370-0084 if you have any questions or if you require any additional documentation. Again, we are simply requesting that you allow the completion of the litigation regarding this issue and act in accordance with the findings of the court. Thank you for your consideration.

Sincerely,

W. Anthony Collins Jr.

# HOPPE, COLLINS & OJEDA

### ATTORNEYS AT LAW

PHONE : (678) 370-0084 | www.HCOLEGAL.com | FAX : (770) 984-0098
2018 POWERS FERRY ROAD | PARKWOOD POINT : SUITE 800 | ATLANTA, GEORGIA 30339

2