09-AP9070

# CERTIFICATE OF SERVICE

I, __Glenn Favee__, certify that I am, and at all times during the service
(name)

of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __Oct 14, 09__ by:
(date)

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Ray Martin
3456 Louise ST
Hapeville Ga 30354

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

NOV 09 2009 AM 11:53

BY: _____ DEPUTY CLERK
M. REGINA THOMAS, CLERK
FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
(name of state)
as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

__Nov 9, 09__                    __[signature]__
Date                              Signature

Print Name: Glenn Favee
Business Address: 110 S. Columbia Dr #11
City: Decatur   State: GA   Zip: 30030

